

# Fourth Court of Appeals
## San Antonio, Texas

January 21, 2020

No. 04-20-00010-CV

**IN RE CINCINNATI INSURANCE COMPANY**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
               Irene Rios, Justice
               Liza A. Rodriguez, Justice

On January 7, 2020, relator filed a petition for writ of mandamus, in which it requested a stay of the January 27, 2020 trial setting pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator did not satisfy its burden to show its entitlement to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's request for a stay is denied as moot. This court's opinion will issue at a later date.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 18-10-36490-MCV, styled *Ronnie Villanueva v. Juan Fernandez, Roberto Verduzco, and The Cincinnati Insurance Co.*, pending in the 293rd Judicial District Court, Maverick County, Texas, the Honorable Maribel Flores presiding.